IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | <u>Lutecki v. Luzerne County Prison</u> : | CIVIL NO. 1:CV-06-0196 |
| Inmate: | Tammy Lutecki : | (Judge Conner) |
| ID Number: | : | (Magistrate Judge Mannion) |

## ORDER

On January 25, 2006, Tammy Lutecki, an inmate currently confined at the Clinton County Correctional Facility, McElhattan, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the forms required to proceed <u>in forma pauperis</u>.  By Administrative Order dated January 27, 2006, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, she either paid the statutory filing fee of $250.00 or filed a properly completed application to proceed <u>in forma pauperis</u> and an authorization form.  Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE, IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                                   /s/ Christopher C. Conner
                                                   CHRISTOPHER C. CONNER
                                                   United States District Judge

Dated:       March 13, 2006